

**UNITED STATES DISTRICT COURT**
DISTRICT OF SOUTH CAROLINA
901 RICHLAND STREET
COLUMBIA, SOUTH CAROLINA 29201

JOSEPH F. ANDERSON, JR.                                          TELEPHONE (803) 765-5136
UNITED STATES DISTRICT JUDGE

August 23, 2011

TO:  All Counsel of Record

RE:  The State of South Carolina v. LG Display Co., Ltd. and LG Display America, Inc., C/A No. 3:11-cv-00729-JFA and The State of South Carolina v. AU Optronics Corp. and AU Optronics Corp. America, C/A No. 3:11-cv-00731-JFA

Dear Counsel:

During the August 22, 2011 hearing regarding the Plaintiff's Motion to Remand, the Defendants alluded to cases similar to those before this Court that were brought by the Attorneys General of eight states. The Defendants further indicated that those cases have been consolidated in the ongoing multi-district litigation in the Northern District of California rather than being remanded to their respective state courts. Defendant AU Optronics's attorney, Mr. Blumenstein, indicated that, of those eight cases, seven were originally filed in federal court and one was successfully removed to federal court.

This Court requests additional information regarding these eight cases that are currently pending in federal court. Specifically, this Court would like information on the types of claims brought by these other States and any arguments or decisions relating to federal jurisdiction over those claims. Any other information related to these cases that the parties believe would be helpful to the Court in making its decision is welcome.

As the Defendants have access to this information, it would be most obvious for them to submit the requested information to the court. However, Plaintiff is invited to submit any information related to the eight cases discussed above that it deems relevant to the Court's decision-making process. Please submit the information requested by September 6, 2011.

With warmest personal regards, I remain

Sincerely yours,

Joseph F. Anderson, Jr.

JFAjr:kt