IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF SOUTH CAROLINA
COLUMBIA DIVISION

| | |
|---|---|
| The State of South Carolina, | C/A No.: 3:11-cv-00731-JFA |
| Plaintiff, | |
| vs. | **ORDER GRANTING STAY PENDING APPEAL** |
| AU Optronics Corporation and AU Optronics Corporation America, | |
| Defendants. | |

The Court hereby grants Defendants motion to stay the remand of this case to the Richland County Court of Common Pleas until the Fourth Circuit Court of Appeals rules on the Defendants' petition for leave to appeal the remand order and, if the petition is granted, until there is a final determination as to whether this Court has jurisdiction over this case.

IT IS SO ORDERED.

September 16, 2011                                     Joseph F. Anderson, Jr.
Columbia, South Carolina                               United States District Judge